UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANACLETO APOLINAR,

                Plaintiff,          24-cv-5304 (JGK)

    - against -              ORDER

TAQUERIA SAINT MARKS PLACE INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2024.

SO ORDERED.

Dated:    New York, New York
          October 1, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge