UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANACLETO APOLINAR,

              Plaintiff,

    - against -

TAQUERIA SAINT MARKS PLACE INC., ET AL.,

              Defendants.

24-cv-5304 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2024.

SO ORDERED.

Dated:    New York, New York
           October 1, 2024

                                  _____
                                  John G. Koeltl
                              United States District Judge