UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANACLETO APOLINAR,

                Plaintiff(s)

24 civ 5304 (JGK)

-against-

TAQUERIA SAINT MARKS PLACE INC., et al,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for December 3, 2024, at 3:30pm is canceled.

**SO ORDERED.**

                                                              _____
                                                              **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 21, 2024