

Peter A. Romero, Esq.
David D. Barnhorn, Esq.
_____
Matthew J. Farnworth, Esq.

December 4, 2024

Anacleto Anapolinar
114 East 168th Street
Bronx, New York 10452
Email: Anacletoapolinar2004@gmail.com

RE: *Anacleto Apolinar v. Taqueria St Marks Place*

Dear Mr. Apolinar:

  Please be advised that our office has attempted to contact you via text message, WhatsApp, telephone, and/or via personal mail on the following dates:

- October 2, 2024, via phone and text-message, email and personal letter;
- October 18, 2024, via phone and text-message via WhatsApp; and
- December 2, 2024, via phone and text message via WhatsApp.

  Unfortunately, our office has been unsuccessful in our numerous attempts to reach you. **It is highly important that you contact our office before December 12, 2024**. Failure to contact our office will leave us no choice but to withdraw from representing you in your wage and hour lawsuit and will likely result in dismissal of your lawsuit permanently by the Court.

  Please call our office urgently at (631) 257-5588 or email me at assistant@romerolawny.com. Thank you in advance for your immediate attention regarding this matter.

Very truly yours,

*David Barnhorn*
_____
David D. Barnhorn, Esq.



Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

4 de diciembre de 2024

Anacleto Anapolinar
114 East 168th Street
Bronx, Nueva York 10452
Email: Anacletoapolinar2004@gmail.com

Asunto: *Anacleto Apolinar v. Taquería St. Marks Place*

Estimado Sr. Apolinar:

Por la presente, le informamos que nuestra oficina ha intentado contactarlo en varias ocasiones a través de mensajes de texto, WhatsApp, teléfono y/o correo personal en las siguientes fechas:

- 2 de octubre de 2024, por teléfono, mensaje de texto, correo electrónico y carta personal;
- 18 de octubre de 2024, por teléfono, mensaje de texto a través de WhatsApp; y
- 2 de diciembre de 2024, por teléfono, mensaje de texto a través de WhatsApp.

Lamentablemente, no hemos tenido éxito en nuestros intentos por comunicarnos con usted. **Es de suma importancia que se ponga en contacto con nuestra oficina antes del 12 de diciembre 2024.** De no hacerlo, nos veremos en la obligación de retirar nuestra representación en su reclamación de salarios lo que probablemente resultará en el desestimiento permanente de su demanda por parte del Tribunal.

Le solicitamos que por favor se comunique con nuestra oficina al teléfono (631)257-5588 o por correo electrónico a assistant@romerolawny.com. Agradecemos de antemano su pronta atención a este asunto.

Atentamente,

David Barnhorn

David D. Barnhorn, Esq.

490 Wheeler Road, Suite 277, Hauppauge, New York 11788  •  (631) 257-5588  •  overtimelawny.com