UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANACLETO APOLINAR,

                Plaintiff,

    - against -

TAQUERIA SAINT MARKS PLACE INC., ET AL.,

                Defendants.

24-cv-5304 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Counsel for the plaintiff has moved to withdraw as the counsel of record for the plaintiff in this case. ECF No. 23. The plaintiff should respond to the motion to withdraw by **February 12, 2025**. Counsel for the plaintiff may reply by **February 19, 2025**.

If counsel for the plaintiff is permitted to withdraw as counsel of record for the plaintiff in this case, the plaintiff will have **thirty (30) days** to obtain new counsel or appear pro se. If the plaintiff fails to obtain new counsel or appear pro se within **thirty (30) days** after any order granting the motion to withdraw, the case **may be dismissed** for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            January 30, 2025

                                          John G. Koeltl
                                      United States District Judge