UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANACLETO APOLINAR,

                Plaintiff,

    - against -

TAQUERIA SAINT MARKS PLACE INC., ET AL.,

                Defendants.

---

24-cv-5304 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 26, 2025, the Court granted the motion to withdraw as counsel of record for the plaintiff. ECF No. 25. The Court also directed the plaintiff to obtain new counsel or appear pro se by March 28, 2025. Id. The Court warned that if the plaintiff failed to do so by that date, this case may be dismissed without prejudice for failure to prosecute.

Accordingly, this case is **dismissed without prejudice for failure to prosecute.**

The Clerk is directed to send a copy of this Order to the plaintiff by mail at:

        Anacleto Apolinar
        114 East 168 Street
        Bronx, New York 10452

and by email at:

        anacletoapolinar2004@gmail.com

and to note such mailing and e-mailing on the docket.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:     New York, New York
           April 4, 2025

                                          _____
                                               John G. Koeltl
                                           United States District Judge